IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GERALD A. OWNBY,<br><br>                  Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>                  Defendant. | No. 4:16-cv-0002-HRH |

O R D E R

Case Dismissed

The parties' *Stipulation for Dismissal*,[1] filed December 7, 2017, is granted. The above case is dismissed with prejudice, the parties to bear their respective costs and attorney fees.

DATED this  11th  day of December, 2017.

                                                                    /s/ H. Russel Holland
                                                                    United States District Judge

---

[1] Docket No. 50.

Order – Case Dismissed                                                                                                 - 1 -